(W.D.T.X. Ref: 245H)(Rev. 01/05) - Judgement in a Criminal Case for a Petty Offense (Short Form)

**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

FILED
Oct 30 2025
Clerk, U.S. District Court
Western District of Texas

BY: __AQ__
Deputy

**UNITED STATES OF AMERICA** §
§ CASE NUMBER: EP:25-M -06040(1)  **LE**
vs. §
§
§
**(1) JUVENTINO URIBE-ALONSO** §
    Defendant.

## JUDGMENT IN A CRIMINAL CASE
Short Form

The defendant, Juventino URIBE-Alonso, was represented by counsel, Ray Velarde.

The defendant pled guilty to the complaint on October 30, 2025. Accordingly, the defendant is adjudged guilty of the following offense(s):

| Title & Section / Nature of Offense | | Date of Offense | Count |
|---|---|---|---|
| 50 USC 797 | Prohibits Willful Violation of Defense Property Security Regulation | 10/29/2025 | One |
| 18 USC 1382 | Entry of Military Property for Any Purpose Prohibited by Law | 10/29/2025 | Two |
| 8 USC 1325(a)(1) | Improper Entry by an Alien | 10/29/2025 | Three |

As pronounced on October 30, 2025, the defendant is hereby committed to the custody of the United States Bureau of Prisons for a term of **Time Served + (1) one business day as to Counts One, Two, and Three, to run concurrently**. The defendant shall remain in custody pending service of sentence.

The special assessments imposed pursuant to 18 U.S.C. § 3013 is hereby remitted pursuant to 18 U.S.C. § 3573 because of reasonable efforts to collect these assessments are not likely to be effective.

Signed on this the 30th day of October, 2025.

_____
LAURA ENRIQUEZ
UNITED STATES MAGISTRATE JUDGE